# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EXXON MOBILE CORPORATION

PLAINTIFF(S)

v.

SANTA BARBARA COUNTY BOARD OF
SUPERVISORS

DEFENDANT(S).

CASE NUMBER:

2:22−cv−03224

**NOTICE TO FILER OF DEFICIENCIES IN
ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

A case−initiating document was submitted without payment of the full filing fee. Within two business days of this notice, counsel must pay the filing fee or file a request to proceed in forma pauperis; otherwise, the docket for this case number will be closed and no further filings will be permitted under this case number. The filing fee may be paid online by docketing the event "Pay Filing Fee."

*Other Error(s):*

Clerk, U.S. District Court

Dated: _May 12, 2022_                    By: _/s/ Geneva Hunt  geneva_hunt@cacd.uscourts.gov_
                                         Deputy Clerk